UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RYAN COURCHENE,<br><br>        Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 3::09-cv-228-JWS-JDR<br><br>**ORDER**<br>**VACATING HEARING**<br><br>(Docket No. 16) |

      Plaintiff and Defendant have reached an agreement to dismiss with prejudice the above named action with each party to bear its own costs. In light of the stipulated agreement the Status Hearing scheduled for May 20, 2011 is hereby VACATED.

      DATED this 18th day of May, 2011, at Anchorage, Alaska.

                              /s/ John D. Roberts
                              JOHN D. ROBERTS
                              United States Magistrate Judge